UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIM TEARS, INC., Plaintiff, -against- JYS APPAREL, LLC, ROSS STORES, INC, and BURLINGTON STORE, INC, Defendants. | 26-CV-4055 (VSB) **ORDER OF REFERENCE** |

VERNON S. BRODERICK, United States District Judge:

On July 17, 2026, Defendants filed a motion to dismiss Plaintiff's complaint. (Doc. 21.) On July 31, 2026, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a). (Doc. 24.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).

Accordingly, it is hereby:

ORDERED that Defendants shall file a letter by August 14, 2026 deciding whether their previously filed motion to dismiss, (Doc. 21), should be deemed moot, or if I should evaluate Defendants' previously filed motion to dismiss in light of the facts alleged in the amended complaint.

SO ORDERED.
Dated: August 11, 2026
New York, New York

Vernon S. Broderick
United States District Judge